NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**HALLMARK-PHOENIX 3, LLC,**
*Plaintiff-Appellant,*

v.

**UNITED STATES,**
*Defendant-Appellee.*

---

2011-5089

---

Appeal from the United States Court of Federal Claims in case no. 11-CV-098, Judge Francis M. Allegra.

---

## ON MOTION

---

## ORDER

Upon consideration of Hallmark-Phoenix 3 LLC's motion to dismiss its appeal,

IT IS ORDERED THAT:

(1) The motion is granted. The appeal is dismissed.

(2) Each side shall bear its own costs.

FOR THE COURT

JUL 2 5 2011                    /s/ Jan Horbaly
Date                            Jan Horbaly
                                Clerk

cc:  Bryant S. Banes, Esq.
     Christopher A. Bowen, Esq.

s21

Issued As A Mandate:  JUL 2 5 2011

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JUL 2 5 2011

JAN HORBALY
CLERK